No. 134. ANTONELLI FIREWORKS CO., INC. ET AL. *v.* UNITED STATES. November 12, 1946.

No. 158. J. E. HADDOCK, LIMITED, ET AL. *v.* PILLSBURY, DEPUTY COMMISSIONER, ET AL. November 12, 1946.

No. 164. MOSELEY ET AL. *v.* UNITED STATES APPLIANCE CORP. November 12, 1946.

No. 185. ANCHOR SERUM CO. *v.* AMERICAN COOPERATIVE SERUM ASSOCIATION; and
No. 186. ILLINOIS FARM BUREAU SERUM ASSOCIATION *v.* AMERICAN COOPERATIVE SERUM ASSOCIATION. November 12, 1946.

No. 187. REALTY OPERATORS, INC. *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 188. WILLIAM HENDERSON (PARTNERSHIP) *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 189. WILLIAMS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1946.

No. 217. MISHAWAKA RUBBER & WOOLEN MANUFACTURING CO. *v.* PANTHER-PANCO RUBBER CO., INC. November 12, 1946.

No. 230. BEAUCHAMP *v.* UNITED STATES. November 12, 1946.